# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Cause No. 1:24-cr-22-SEB-MG |
| | ) |
| **DONTA ALLEN,** | ) |
| | ) |
| **Defendant.** | ) |

## UNOPPOSED MOTION TO CONTINUE JURY TRIAL

The Defendant, Donta Allen, by counsel, respectfully requests this Court to continue the jury trial currently scheduled for August 5, 2024. In support of the Motion, Allen states the following:

1. The Court has scheduled a jury trial for August 5, 2024.

2. This is a complicated and very serious case with a significant amount of evidence. Counsel needs additional time to review the evidence and prepare. Recently, the Government has provided Mr. Allen with additional discovery that counsel is still reviewing.

3. The parties also need additional time to fully explore plea negotiations to determine whether a resolution can be reached.

4. Assistant United States Attorney Pamela Domash and Mr. McGee's attorney, Doneaka Brooks, do not object to the continuance.

5.      The ends of justice served the continuance outweigh the best interests of the public and Mr. Allen to a speedy trial. Thus. the delay in the trial date caused by this continuance is excludable under 18 U.S.C. § 3161 et seq.

WHEREFORE, the Defendant, Donta Allen, by counsel, respectfully requests that the final pretrial conference and jury trial currently scheduled August 5, 2024 be vacated and rescheduled at such time as the Court's calendar will permit, and for all other relief just and proper in the premises.

Respectfully submitted,

/S/  Stacy Uliana_____
Attorney # 20413-32
P.O. Box 744
Bargersville, Indiana 46106
(317) 422-1686
Fax (317) 732-1830
stacy@ulianalaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/  Stacy Uliana_____
Stacy Uliana #20413-32