## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Cause No. 1:24-cr-22-SEB-MG |
| | ) |
| **DONTA ALLEN,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER CONTINUING JURY TRIAL

This matter is before the Court on Mr. Allen's Unopposed Motion to Continue Jury Trial filed on June 4, 2024. This Court, being duly advised and finding the Motion well-taken, GRANTS the Motion for the reasons set forth in the Motion.

The delay attributable to the changed jury trial date shall be excluded from the computations of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. The interests of justice as stated in the Motion to Continue outweigh the interests of the public and Mr. Allen in a speedy trial.

IT IS THEREFORE ORDERED that the August 5, 2024 jury trial is vacated and rescheduled.  The final pretrial conference is to commence on _____ at _____ in Room _____, United States District Court, Indianapolis, Indiana.  The jury trial is to commence on _____ at_____ in Room _____, United States District Court, Indianapolis, Indiana.

DATED:_____                    _____
                                          SARAH EVANS BARKER, JUDGE
                                          United States District Court
                                          Southern District of Indiana